■ In the Matter of RUTH HART, as Chairman of the Fredonia-Pomfret Republican Committee, Respondent, v GARY AITKEN, as Conservative Caucus Chairman, et al., Appellants and JAMES SEDOTA, as Fredonia Village Clerk, Respondent.—Order unanimously reversed, on the law, with costs and petition dismissed. Memorandum: We agree with Special Term that late filing of the membership list was not a fatal defect, but we disagree that the respondents' certificates of acceptance were untimely filed (see, Election Law § 1-106 [1]). (Appeal from order of Supreme Court, Chautauqua County, Adams, J.

—Election Law.) Present—Denman, J. P., Boomer, Green, O'Donnell and Schnepp, JJ. (Order entered Feb. 13, 1986.)